CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
October 07, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ALEXIS ANDERSON,<br>    Plaintiff, | Civil Action No. 7:24-cv-00569 |
| v. | **MEMORANDUM OPINION** |
| WALLS, et al.,<br>    Defendant(s). | By:  Michael F. Urbanski<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered August 27, 2024, the court directed plaintiff to submit within 30 days from the date of the order a statement of assets and a prisoner trust account report (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The prisoner trust account report must be filled out, signed, and dated by the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions. The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 7th day of October, 2024.

Mike Urbanski
Senior U.S. District Judge
2024.10.07 13:18:41 -04'00'

_____
Senior United States District Judge